**Electronically Filed
Supreme Court
SCWC-12-0000762
03-JUN-2015
01:16 PM**

SCWC-12-0000762

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

BRUCE EDWARD COX, Petitioner/Plaintiff-Appellant,

vs.

CARLYN DAVIDSON COX, Respondent/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000762; FC-D NO. 06-1-0096)

<u>ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Plaintiff-Appellant Bruce Edward Cox's application for writ of certiorari filed on April 28, 2015, is hereby accepted.

IT IS FURTHER ORDERED that no oral argument will be heard in this case. Any party may, within ten days and pursuant to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawaiʻi, June 3, 2015.

R. Steven Geshell
for petitioner

Carlyn Davidson Cox,
respondent pro se

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

